IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEL BILLUPS, and : | |
| JACQUELINE ROSARIO, : | |
|     Plaintiffs : | |
| : | No. 1:15-cv-1006 |
| : | |
| v. : | (Judge Kane) |
| : | |
| : | |
| CATHY UTZ, et al., : | |
|     Defendants : | |

## ORDER

**ACCORDINGLY**, on this 25th day of February 2016, **IT IS HEREBY ORDERED THAT** Defendants' motions to dismiss (Doc. Nos. 11, 21), are **GRANTED IN PART**.

Plaintiffs' amended complaint (Doc. No. 10), is **DISMISSED WITHOUT PREJUDICE**.

Plaintiffs may file a second amended complaint within twenty (20) days of this order.

                                              S/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania